UNSEALED PER ARREST
prohibited by court order.

United States Courts
Southern District of Texas
FILED

AUG 21 2013

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. H-13- |
| JOSE GUADALUPE VELA JR. aka "Lupe" OMAR LEONEL VELA MICHAEL RENE VELA aka "Mikey" | § § § § § | (UNDER SEAL) 13CR 551 |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas and the Assistant United States Attorney, and files this Motion to Seal Indictment.

The United States requests that the Indictment and this Motion and the accompanying Order be sealed because premature notice of the Indictment would jeopardize the ability to obtain the arrest and appearance of the Defendants, and provide the Defendants with an opportunity to flee the jurisdiction of the Court.

The United States requests that the Indictment be unsealed upon the arrest of each Defendant, as to that Defendant only. The United States further requests that copies of the Indictment be provided, upon request, to the United States Attorney's Office and to the Federal Bureau of Investigation.

Respectfully Submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Robert Johnson
Assistant United States Attorney