United States District Court
Southern District of Texas
FILED

SEP - 5 2013

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CRIMINAL NUMBER 4:13cr551 |
| JOSE GUADALUPE VELA OMAR LEONEL VELA MICHAEL RENE VELA | § § § § | |

**ORDER**

Pending is this Court's ruling as to whether Defendants, Jose Guadalupe Vela, Omar Leonel Vela, and Michael Rene Vela, should be released on bond. The Court, having taken judicial notice of the pretrial services recommendation, as well as the testimony, proffers, and arguments of counsel presented at the detention hearings, finds that there are conditions of release that will secure the appearance of the Defendants at future court proceedings, as well as the safety of the community. It is, therefore --

**ORDERED, ADJUDGED** and **DECREED** that the Defendants' bond is each set at $100,000 with a ten percent ($10,000) cash deposit, in addition to the following conditions for each Defendant: electronic monitoring by active GPS under 24 hour lockdown restriction; however, Defendant Omar Leonel Vela and Defendant Michael Rene Vela may continue with their employment; travel is restricted to Hidalgo County, but with permission to travel to Harris County for court appearances and consultations with their attorneys; no contact with witnesses and/or co-defendants; surrender passport; no excessive use of alcohol; no illegal drug use nor possession; drug testing and treatment; no firearms, destructive devices, nor other dangerous weapons.

Each Defendant is to bear the cost of the electronic monitoring.

Each Defendant is advised not to discuss the case with each other.

**SIGNED** at McAllen, Texas, on September 5, 2013.

                                              Dorina Ramos
                              UNITED STATES MAGISTRATE JUDGE